IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANTHONY MARVELL SEMIEN,

        Plaintiff,                    No. CIV S-07-0374 FCD KJM P

    vs.

DAVID DIAZ, Jr., et al.,

        Defendants.          <u>ORDER</u>

_____/

        Plaintiff, a state prisoner, is proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983.

        By an order filed June 5, 2007, this court ordered plaintiff to complete and return to the court, within thirty days, the USM-285 forms and copies of his complaint which are required to effect service on the defendants. On June 18, 2007, plaintiff submitted the copies of the March 15, 2007 amended complaint but failed to submit the USM-285 forms with a street address for each defendant.

        Accordingly, IT IS HEREBY ORDERED that:

        1. The Clerk of the Court is directed to send plaintiff two blank USM-285 forms; and

/////

1

2. Within thirty days, plaintiff shall submit to the court the two completed USM-285 forms required to effect service. Failure to return the copies within the specified time period will result in a recommendation that this action be dismissed.

DATED: June 25, 2007.

_____
U.S. MAGISTRATE JUDGE

/mp
semi0374.8ackjm

2