```
                                              FILED
                                           APR 1 0 2008
                                        CLERK, U.S. DISTRICT COURT
                                       EASTERN DISTRICT OF CALIFORNIA
                                       BY _____
                                                  DEPUTY CLERK
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANTHONY MARVELL SEMIEN,

    Plaintiff,                No. CIV S-07-0374 FCD KJM P

    vs.

DAVID DIAZ, et al.,

    Defendants.          ORDER

_____/

        Plaintiff is a state prison inmate proceeding pro se with a civil rights action under 42 U.S.C. § 1983. On February 25, 2008, the court found plaintiff's request for a subpoena appropriate and directed that he prepare a form and return it to the court. He has complied with this order.

        IT IS THEREFORE ORDERED that:

        1. The Clerk of the Court is directed to forward the completed subpoena and a copy of this order to the U.S. Marshal; and

/////

/////

/////

/////

1

1    2. Within ten days of the date of this order, the U.S. Marshal is directed to serve
2 the subpoena on the records office of Yolo County Sheriff's Department in whatever manner it
3 deems appropriate. See Windsor v. Martindale, 175 F.R.D. 665, 670 (D. Colo. 1997) (marshal
4 may serve subpoena duces tecum by certified mail); see also 28 U.S.C. §§ 566(c), 1915(d).
5 DATED: 4/9/08

_____
UNITED STATES MAGISTRATE JUDGE

2
semi0374.subp